# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Tracey Lynn Hoing |
| **Case Number:** | 09-72336-BHL-7     **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MAY 19, 2010 01:30 PM   EV 359 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | LORI STUCKWISCH |
| **Reporter / ECR:** | DIANE WEISS-ALTSTADT |

### Matters:

1) Continued Hearing on Debtor's Motion to Dismiss Case and Objection filed thereto by Trustee [24, 30]
   **R / M #:**   24 / 0

2) Hearing on Trustee's Motion to Dismiss Case with prejudice to re-filing for one year [39]
   **R / M #:**   0 / 0

### Appearances:

R. STEPHEN LAPLANTE, TRUSTEE

### Proceedings:

(1) DISPOSITION: Hearing held.  Moot by granting of Trustee's motion. (2)  DISPOSITION: Hearing held. Motion granted. Case dismissed with prejudice.  Trustee to upload order.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**